

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| Linda S. Restrepo and Carlos E. Restrepo d/b/a Collectively RDI Global Services and R & D International, | § | No. 08-16-00032-CV |
|  | § | Appeal from the |
| Appellant, | § | County Court at Law No. 5 |
| v. | § | of El Paso County, Texas |
| Alliance Riggers & Constructors, LTD | § | (TC# 2012-DCV04523) |
| Appellee. | § |  |

**O R D E R**

The Court GRANTS the Appellant's pro se third motion for extension of time within which to file the brief until **August 6, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr .Carlos E. Restrepo., the Appellant, prepare the Appellant's Pro Se brief and forward the same to this Court on or before August 6, 2016.

IT IS SO ORDERED this 29th day of June, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., not participating)